No. 3,947.—STATE ex rel. EDWIN L. NORRIS, Relator, *v.* DISTRICT COURT et al., Respondents.

Original application for writ of mandate to the district court of Phillips County and Frank N. Utter, Judge thereof.

Decided October 16, 1916.

PER CURIAM.—It is ordered that a peremptory writ of mandate issue herein, directing the respondent judge to permit the firm of Norris & Hurd to assist the county attorney of Phillips County in the prosecution of the case of *State* v. *James.*

*Messrs. Norris & Hurd,* for Relator.

*Messrs. Slattery & Kline,* for Respondents.

———

No. 3,788.—W. E. THISTLEWOOD, Respondent, *v.* CHICAGO, MILWAUKEE & S. P. RY. CO., Appellant.

*Appeal from District Court, Gallatin County; Ben B. Law, Judge.*

Decided October 18, 1916.

PER CURIAM.—It is ordered that the appeal in the above-entitled cause be, and the same is hereby, dismissed in accordance with the stipulation of counsel herein.

*Mr. W. S. Hartman,* for Appellant.

*Mr. C. E. Carlson* and *Messrs. Dunn & Carlson,* for Respondent.